IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:17CR177 |
| | § | Judge Mazzant |
| ARLANDO JACOBS (1) | § | |
| CLARENCE ROLAND (2) | § | |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW the United States of America by and through the undersigned Assistant United States Attorney, Christopher A. Eason, files this Notice of Appearance of Counsel in the above styled and numbered cause of action, and would show the Court as follows:

I.

The undersigned has been assigned to represent the United States in this cause and respectfully requests that all pleadings, notices, correspondence, etc., be copied to the undersigned via CM/ECF, and that J. Andrew Williams be removed from CM/ECF notification.

Respectfully submitted,

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

__/s/_____
CHRISTOPHER A. EASON
Assistant United States Attorney
Oklahoma Bar No. 20197
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972) 509-1201
chris.eason@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served by electronic filing to counsel for the defendant on this the 8th day of November, 2017.

__/s/_____
CHRISTOPHER A. EASON