THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DVISION

**DATE:**     3/15/2019

| **DISTRICT JUDGE** | **COURT REPORTER:**   Jan Mason |
|---|---|
| Amos L. Mazzant, III | **COURTROOM DEPUTY:**  Keary Conrad |

| UNITED STATES OF AMERICA<br><br>V.<br><br>ARLANDO JACOBS | CAUSE NUMBER 4:17-CR-177 |
|---|---|

| **ATTORNEY FOR GOVERNMENT** | **ATTORNEY FOR DEFENDANT** |
|---|---|
| Lesley Brooks | Robert Arrambide |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Sentencing |
|---|---|
| 2:34 p.m. | Court in session. Court notes appearances. Parties have reviewed PSR. No additions, corrections, or comments and no objections by the Government.  No additions, corrections, or comments by counsel for the Defendant. No objections by Defendant. Court notes the scheduling of a restitution hearing in this matter for 5/29/19. Mr. Arrambide orally requests a continuance of the hearing due to a scheduling conflict. |
| 2:35 p.m. | Court notes Defendant entered a guilty plea to Count 1 of the Superseding Indictment. Court fully accepts the 11(c)(1)(C) plea agreement. Court adopts the PSR. |
| 2:36 p.m. | TOL: 28, CHC I, 78-97 months. Court heard from Robert Arrambide. Response from Lesley Brooks on behalf of the Government. Court accepts the plea agreement. |
| 2:42 p.m. | Defendant allocuted. Court notes receipt and review of the certificates presented by Defendant. |
| 2:43 p.m. | Sentence imposed is 51 months imprisonment, a special assessment of $100, restitution to be decided at a later hearing, interest and fine waived, and supervised release of 5 years. Defendant is ordered to receive drug treatment while imprisoned. While incarcerated, it is recommended that the defendant participate in the Inmate Financial Responsibility Program at a rate determined by Bureau of Prisons staff. All mandatory and special conditions were reviewed with the Defendant. The restitution hearing will be reset for May 16, 2019 at 8:30 a.m. |
| 2:46 p.m. | Defendant requested BOP North East California (Herlong) facility. Rights of appeal addressed. |

| 2:48 p.m. | Government orally moves to dismiss any remaining counts and any underlying Indictments. The Court orally grants Government's request to dismiss the remaining counts and underlying Indictment. |
|---|---|
| 2:48 p.m. | Defendant remanded into custody of USM. |
| 2:48 p.m. | Court adjourned. |

**DAVID O'TOOLE, CLERK**

BY: *Keary Conrad*

Courtroom Deputy Clerk